IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-229-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ANTHONY EMMANUEL MCMILLIAN | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED Docket Entry _37_, the instant Motion to Seal, and this Order to Seal, be sealed by the Clerk from this date until further order by this Court, except that a filed copy of the same be provided to the United States Attorney's Office.

This the 8th day of April, 2021.

*Richard E Myers II*
RICHARD E. MYERS II
Chief United States District Court Judge