IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00229-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | |
| ANTHONY EMMANUEL MCMILLIAN, | |
| Defendant. | |

This matter comes before the court on the Defendant's pro se motion for compassionate release (DE 62). When ordering the United States to file a response to the motion on January 26, 2024, the court failed to recognize that counsel, Richard Croutharmel, who was appointed for the purpose of determining whether Defendant is eligible for a sentence reduction under the First Step Act of 2018, asserted in his January 16, 2024 motion, which sought withdrawal from his limited representation for Defendant's pro se motion pursuant to Amendment 821, that he "continues to represent Mr. McMillian in his pro se compassionate release motion and the undersigned is still evaluating the merits of that motion." Mot. ¶ 3, DE 66. While Mr. Croutharmel has filed nothing regarding Defendant's pro se motion for compassionate release since that time, the court recognizes that he may have been dissuaded by the court's order for the government's response.

Therefore, the court ORDERS that, on or before March 25, 2024, Mr. Croutharmel file a Supplement to the motion either supporting the motion with law and argument or expressing his

opinion regarding whether Defendant may qualify to seek a sentence reduction. *See* DE 63.

SO ORDERED this \_\_\_1st\_\_\_ day of March, 2024.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE