IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00229-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY EMMANUEL MCMILLIAN,<br><br>    Defendant. | ORDER |

This matter comes before the court sua sponte. On May 1, 2024, the court ordered Defendant to file a supplement in support of his motion for compassionate release and warned Defendant that, if he did not file such supplement on or before May 22, 2024, the court would deny his motion without prejudice.[1] Order, DE 74. Defendant has filed nothing since.

Accordingly, Defendant's letter, construed as a Motion for Compassionate Release [DE 62], is DENIED WITHOUT PREJUDICE.

SO ORDERED this 9th day of July, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In his pro se motion, Defendant seeks early release to care for his ill mother. *See* DE 62. On April 26, 2024, Defendant's appointed attorney informed the court that Defendant's mother passed away and that he did not intend to file anything further in support of Defendant's motion. DE 73.